UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 08, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW CALHOUN,

    Defendant.

Case No. 2:21-mj-00040-JDP

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  ANDREW CALHOUN , Case No. 2:21-mj-00040-JDP  Charge 18 U.S.C. § 2252A(a)(2)(A) and 2256(8)(A) and 2, from custody for the following reasons:

    __X__    Release on Personal Recognizance

    _____    Bail Posted in the Sum of $ _____

    _____    Unsecured Appearance Bond $ _____

    _____    Appearance Bond with 10% Deposit

    _____    Appearance Bond with Surety

    _____    Corporate Surety Bail Bond

    _____    (Other): The Defendant shall comply with the Special Conditions of Release dated March 8, 2021.  The

    __X__    Defendant shall also appear in the Eastern District of Tennessee on March 25, 2021 at 11:00 a.m. before Magistrate Judge Christopher H. Steger

Issued at Sacramento, California on March 08, 2021 at 3:28 p.m.

By: _/s/ Jeremy Peterson_____

Magistrate Judge Jeremy D. Peterson